| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | KIRKE M. HASSON (61446) |
| 2 | (kirke.hasson@pillsburylaw.com) |
|  | SHARON L. O'GRADY (102356) |
| 3 | (sharon.ogrady@pillsburylaw.com) |
|  | CRAIG J. BRISTOL (187231) |
| 4 | (craig.bristol@pillsburylaw.com) |
|  | 50 Fremont Street |
| 5 | San Francisco, CA  94105-2228 |
|  | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
| 7 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | BRIAN J. BEATUS (205719) |
| 8 | (brian.beatus@pillsburylaw.com) |
|  | 2475 Hanover Street |
| 9 | Palo Alto, California 94304-1114 |
|  | Telephone:  (650) 233-4500 |
| 10 | Facsimile:  (650) 233-4545 |
| 11 | Attorneys for Plaintiff and Counterclaimant, PCTEL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PCTEL, INC., a Delaware Corporation, | ) | No. C 03-2471 MJJ |
|  | ) |  |
| Plaintiff, | ) | E-filing |
|  | ) |  |
| vs. | ) |  |
|  | ) | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO AMEND PRELIMINARY INVALIDITY AND PRELIMINARY INFRINGEMENT CONTENTIONS** |
| U.S. ROBOTICS CORP., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) | No Trial Date Set |
|  | ) |  |

IT IS HEREBY STIPULATED by and between Plaintiff PCTEL, Inc. and Defendant U.S. Robotics Corporation, through their counsel of record, to extend the due date for Final Infringement Contentions from October 12, 2005 to October 26, 2005, and the due date for Final Invalidity Contentions to November 29, 2005.  The ground for this stipulation is that the Court's Claim Construction Order was entered two weeks before PCTEL's opening Markman brief regarding U.S. Patent No. 5,787,305 was due.  Thus the

1  30 day period for PCTEL to file its Final Infringement Contentions overlapped with the
2  time that PCTEL's counsel was occupied with preparing its Markman brief.
3
4       IT IS HEREBY SO STIPULATED.
5  Dated: September 29, 2005.

> PILLSBURY WINTHROP LLP
> KIRKE M. HASSON
> BRIAN J. BEATUS
> CRAIG J. BRISTOL
> SHARON L. O'GRADY
>
> By /s/
>   Attorneys for Plaintiff,
>   PCTEL, INC.

Dated: September 29, 2005.

> MAYER BROWN ROWE & MAW LLP
> WAYNE L. TANG, ESQ.
> wtang@mayerbrownrowe.com
> 190 South LaSalle Street
> Chicago, IL  60603-3441
>
> By /s/
>   Attorneys for Defendant U.S. ROBOTICS
>   CORPORATION

Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant U.S. Robotics Corporation.

> By          /s/
>   Sharon L. O'Grady
>   Attorneys for Plaintiff, PCTEL, INC.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE APPEARING, IT IS SO ORDERED. |

Dated: 9/30/2005

*[signature: Martin J. Jenkins]*

The Honorable Martin J. Jenkins
United States District Court Judge

10894742v1

- 3 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME RE PRELIMINARY INVALIDITY
AND INFRINGEMENT CONTENTIONS