1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   KIRKE M. HASSON (61446)
2  kirke.hasson@pillsburylaw.com
   SHARON L. O'GRADY (102356)
3  sharon.ogrady@pillsburylaw.com
   CRAIG J. BRISTOL (187231)
4  craig.bristol@pillsburylaw.com)
   50 Fremont Street
5  Post Office Box 7880
   San Francisco, CA  94120-7880
6  Telephone:    (415) 983-1000
   Facsimile:    (415) 983-1200
7
   PILLSBURY WINTHROP SHAW PITTMAN LLP
8  BRIAN J. BEATUS (205719)
   brian.beatus@pillsburylaw.com
9  2475 Hanover Street
   Palo Alto, California 94304-1114
10 Telephone:    (650) 233-4500
   Facsimile:    (650) 233-4545
11
   Attorneys for Plaintiff and Counterclaimant, PCTEL, INC.
12

E-filing

FILED
DEC 20 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

13                  UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA
15                      SAN FRANCISCO DIVISION

16 _____
17 PCTEL, INC., a Delaware Corporation,    )   No. C 03-2471 MJJ
                                           )
18                       Plaintiff,        )   E-filing
                                           )
19        vs.                              )
                                           )   **JOINT STIPULATED DISMISSAL
20 U.S. ROBOTICS CORP.,                    )   UNDER FED. R. CIV. P. 41**
                                           )
21                       Defendant.        )
                                           )
22 _____

23      Plaintiff PCTEL, Inc. ("PCTEL") and Defendant U.S. Robotics Corporation
24 ("USR"), by and through their attorneys of record, hereby stipulate as follows:
25      1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all claims by PCTEL against USR in
26          the above-captioned action are hereby dismissed with prejudice.
27
28

700299302v1                         - 1 -    JOINT STIPULATED DISMISSAL UNDER FED. R. CIV. P. 41

2. Pursuant to Fed. R. Civ. P. 41(c), all counterclaims asserted by USR against PCTEL in the above captioned action are hereby dismissed with prejudice.

3. The Court shall retain jurisdiction over the settlement agreement executed by the parties.

4. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: December 16, 2005.

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> KIRKE M. HASSON
> BRIAN J. BEATUS
> SHARON L. O'GRADY
> CRAIG J. BRISTOL
> 50 Fremont Street
> Post Office Box 7880
> San Francisco, CA 94120-7880
>
> By_____/s/_____
> Attorneys for Plaintiff,
> PCTEL, INC.

Dated: December 16, 2005.

> MAYER BROWN ROWE & MAW LLP
> WAYNE L. TANG
> 71 South Wacker Drive
> Chicago, IL 60606
>
> By_____/s/_____
> Attorneys for Defendant,
> U.S. ROBOTICS CORPORATION

Pursuant to General Order No. 45(X)(B), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant U.S. Robotics Corporation.

> By_____/s/_____
> Attorneys for Plaintiff,
> PCTEL, INC.

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

12/20/05
DATE

700299302v                         - 2 -   JOINT STIPULATED DISMISSAL UNDER FED. R. CIV. P. 41